UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

       v.                                          19-CR-787 (CM)

**<u>ORDER</u>**

LEONARD MARIO GARCIA-GARCIA,

              Defendant.
-----------------------------------------------------------X

McMahon, C.J.:

      The Court will hold a telephone status conference in this matter on Wednesday, May 6, 2020, at 10:30 p.m.

      To join the conference, the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public (including defendant's family members) and press are welcomed to dial in, but must remain silent.

May 6, 2020

                                              Colleen McMahon
                                              Chief Judge